DOUGHTEN, Administrator, Appellant, vs. KENNEDY and others, Respondents.

For the appellant: *Taylor, Phillips & Taylor* of Kenosha.

For the respondents: *Cavanagh, Stephenson & Mittelstaed* of Kenosha.

*By the Court.*—Judgment affirmed.

SCHUMACHER, Appellant, vs. INDUSTRIAL COMMISSION and others, Respondents.

For the appellant: *Bloodgood, Kemper & Passmore* and *William E. Burke,* all of Milwaukee.

For the respondent Industrial Commission: *Orland S. Loomis,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondents Domestic Laundry Company and American Motorists Insurance Company: *Rouiller, Dougherty, Arnold & Kivett* of Milwaukee.

*By the Court.*—Judgment affirmed.

*January 11, 1938.*

SZUMIEL, Respondent, vs. ZIMOWICZ, Appellant.

For the appellant: *Casimir Gonski* of Milwaukee.

For the respondent: *Skogmo & Gill* of Milwaukee.

*By the Court.*—Order affirmed.